# In the United States District Court for the Southern District of Georgia Waycross Division

MICHAEL R. WILLIAMS,

    Petitioner,

v.

J. KEVIN PERRY,

    Respondent.

5:24-cv-7

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. Petitioner Michael Williams ("Williams") did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **DISMISS without prejudice** Williams's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus for lack of exhaustion, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Williams *in forma pauperis* status on appeal.

SO ORDERED, this 16 day of July, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA