AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL R. WILLIAMS,

Petitioner,

v.

J. KEVIN PERRY,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:24-CV-007

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 16, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Accordingly, Petitioner's 28 U.S.C. § 2254 petition is dismissed without prejudice, and Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

Date: July 17, 2024

Clerk: John E. Triplett

(By) Deputy Clerk

GAS Rev 10/1/03